IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TYREL ORSON GLAZIER,<br><br>           Plaintiff,<br><br>     v.<br><br>STEPHEN D. FOOTE et al.,<br><br>           Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-306 CW<br><br>District Judge Clark Waddoups |

　　　Plaintiff, inmate Tyrel Orson Glazier, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the complaint under § 1915(e), in an Order dated May 25, 2012, the Court determined Plaintiff's complaint was deficient for a variety of reasons.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 6th day of August, 2012.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court